PER CURIAM.
Affirmed. Albernaz v. United States, 450 U.S. 333,101 S.Ct. 1137, 67 L.Ed.2d 275 (1981); White v. State, 377 So.2d 1149 (Fla.1979) cert. denied, 449 U.S. 845, 101 S.Ct. 129, 66 L.Ed.2d 54 (1980); Neil v. State, 433 So.2d 51 (Fla. 3d DCA 1983) (question pending); Tacoronte v. State, 419 So.2d 789 (Fla. 3d DCA 1982); Mack v. State, 346 So.2d 1229 (Fla. 3d DCA 1977); Hicks v. State, 138 So.2d 101 (Fla. 2d DCA 1962).